PFE/DCG: OCT. 2024
GJ#33

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| **JADAN O'NEAL COOPER** | ) |

## <u>INDICTMENT</u>

### <u>COUNT ONE:</u>
*Illegal Possession of a Machine Gun*
**18 U.S.C. § 922(o)**

The Grand Jury charges:

That on or about the 1st day of February 2024, in Jefferson County, within the Northern District of Alabama, the defendant,

### **JADAN O'NEAL COOPER**,

did knowingly possess a machinegun, that is, an Anderson Manufacturing, AM-15, modified by the installation of a machinegun conversion device designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, commonly referred to as a "Swift Link," in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## NOTICE OF FORFEITURE

## 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Count One of this Indictment for violation of 18 U.S.C. § 922(o), the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to an **Anderson Manufacturing, AM-15, bearing serial number 21304331, and any associated ammunition and magazines.**

A TRUE BILL

*/s/ Electronic Signature*_____
FOREPERSON OF THE GRAND JURY

                                        PRIM F. ESCALONA
                                        United States Attorney

                                        */s/ Electronic Signature*___
                                        DARIUS C. GREENE
                                        Assistant United States Attorney